# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN TAURO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BUREAU OF COLLECTION ) <br> RECOVERY, INC., ) <br> ) <br> Defendant. ) | Case No. 2:13-CV-00790-cb <br><br> JUDGE CATHY BISSOON |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, John Tauro ("Plaintiff"), and Defendant, Bureau of Collection Recovery("BCR"), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against BCR with each side to bear its own fees and costs.

Dated this 9th day of September, 2013.

/s/ Robert J. Hannen
Robert J. Hannen
Pa. I.D. No. 63432
Attorney for Defendant,
Bureau of Collection Recovery, Inc.
Eckert Seamans Cherin & Mellott, LLC
1001 Corporate Dr., Suite 200
Canonsburg, PA 15317
724.873.2870
rhannen@eckertseamans.com


/s/ Cynthia Levin
Cynthia Levin
Pa. I.D. No. 27050
Attorney for Plaintiff, John Tauro
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA  19406
888.595.9111 x 618
czlevin@comcast.net